UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

BENJAMIN BROWNLEE,

                              Plaintiff,

               -v-

No. 9:12-CV-400

HAROLD GRAHAM, Superintendent;
EARL BELL, Captain; M.P. BROWN,
Lieutenant; C.M. PARRY, Sergeant; K. EVIN
HESSE, Correctional Officer; WALTES,
Correctional Officer; ZEHR, Correctional
Officer; MICHAEL HUTCHINGS, Correctional
Officer; JOANNE REILLEY, Registered Nurse;
ROBINSON, Deputy Superintendent of
Security; THOMAS, Deputy Superintendent of
Programs, all defendants employed at
Auburn Correctional Facility,

                            Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

APPEARANCES:                           OF COUNSEL:

BENJAMIN BROWNLEE
Plaintiff pro se
10-A-1145
Marcy Correctional Facility
P.O. Box 3600
Marcy, NY 13403

HON. ERIC T. SCHNEIDERMAN         C. HARRIS DAGUE, ESQ.
Attorney General for the State of New York   Ass't Attorney General
Attorney for Defendants
The Capitol
Albany, NY 12224

DAVID N. HURD
United States District Judge

## DECISION and ORDER

Pro se plaintiff Benjamin Brownlee brought this action pursuant to 42 U.S.C. § 1983. On October 11, 2013, the Honorable Christian F. Hummel, United States Magistrate Judge, advised by Report-Recommendation that defendants' motion for summary judgment be granted and plaintiff's complaint be dismissed in its entirety. No objections to the Report-Recommendation were filed.

Based upon a careful review of the entire file and the recommendations of the Magistrate Judge, the Report-Recommendation is accepted in whole. See 28 U.S.C. § 636(b)(1).

Therefore it is

ORDERED that

1. Defendants' motion for summary judgment is GRANTED; and

2. Plaintiff's complaint is DISMISSED in its entirety.

The Clerk is directed to file a judgment accordingly and close the file.

IT IS SO ORDERED.

_____
United States District Judge

Dated:  November 5, 2013
       Utica, New York.